**Faisal FATEH, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 06–60762

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 11, 2007.

Imran B. Mirza, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, Linda Susan Wendtland, Norah Ascoli Schwarz, Alberto R. Gonzales, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Trey Lund, U.S. Immigration and Customs Enforcement Field Office Director, New Orleans, LA, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Faisal Fateh petitions for review of a decision of the Board of Immigration Appeals ("BIA"). We review the decision of the immigration judge, because as the BIA relied on it in its decision. *Mikhael v. INS,* 115 F.3d 299, 302 (5th Cir.1997). We review questions of law *de novo. Carbajal–Gonzalez v. INS,* 78 F.3d 194, 197 (5th Cir.1996).

Fateh challenges the validity of the notice to appear, because it was signed by an "Interim District Director." Fateh argues that Interim District Directors are not authorized to issue notices to appear, because they are not listed in 8 C.F.R. § 239.1. This argument is unavailing. The regula-

---

tion allows for another officer, such as the Interim District Director in Fateh's case, to act in the "capacity" of the District Director until the position is permanently filled. *See* 8 C.F.R. § 239.1.

The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.